# UNITED STATES COURT OF INTERNATIONAL TRADE
# NEW YORK, NEW YORK

| | |
|---|---|
| **CANADIAN SOLAR (USA) INC.**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, and CHRIS MAGNUS**, in his official capacity as Commissioner of United States Customs and Border Protection,<br><br>Defendants. | Court No. 22-00295 |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Stay of Proceedings ("Motion") and all other papers and proceedings herein, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that the above-captioned action is **STAYED**; and it is further

**ORDERED** that the parties shall submit a joint status report to the Court no later than 30 days after final and conclusive resolution of *Solar Energy Industries Ass'n, et al. v. United States, et al.*, Fed. Cir. No. 2022-1392, including any further appeal therefrom.

/S/ Gary S. Katzmann
Hon. Gary S. Katzmann, Judge

Dated: October 24, 2022
New York, New York