UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7A

| | |
|---|---|
| Canadian Solar (USA) Inc.<br><br>                              Plaintiff,<br><br>       v.<br>United States, United States Customs<br>and Border Protection, and<br>Chris Magnus, in his official capacity as<br>Commissioner of United States<br>Customs and Border Protection,         Defendant. | Court No.   22-00295 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 6/12/2025

Jonathan T. Stoel
Attorney for Plaintiff

555 Thirteenth Street, NW
Street Address

Washington, DC 20004
City, State and Zip Code

202-637-6634
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____      Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00295 | Canadian Solar (USA) Inc. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
                Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)