UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| | |
|---|---|
| Canadian Solar (USA) Inc.<br><br>                              Plaintiff,<br><br>          v.<br>United States, United States Customs<br>and Border Protection, and<br>Chris Magnus, in his official capacity as<br>Commissioner of United States<br>Customs and Border Protection,    Defendant. | Court No.   22-00295 |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 6/12/2025

                                                                Jonathan T. Stoel
                                                                Attorney for Plaintiff

                                                                555 Thirteenth Street, NW
                                                                Street Address

                                                                Washington, DC 20004
                                                                City, State and Zip Code

                                                                202-637-6634
                                                                Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: June 13, 2025                    Clerk, U. S. Court of International Trade

                                         By: /s/     Geoffrey Goell
                                                     Deputy Clerk